Todd J. Cleary, SBN 144358
LAW OFFICES OF TODD J. CLEARY
10720 Mc Cune Avenue
Los Angeles, California 90034
Phone # (310)-559-8118
Facsimile # (310)-559-0345

Attorneys for Debtors,
RUBEN MANDUJANO
MARIA G. VILLALPANO-GUTIERREZ

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA/LOS ANGELES DIVISION

| | |
|---|---|
| RUBEN MANDUJANO and MARIA GUTIERREZ, | CASE NO: 09-35283 VZ |
| | ADVERSARY NO: 09-02675 VZ |
| Debtors, | STIPULATION RE: COMPLAINT FOR DECLARATORY JUDGMENT; |
| vs. | |
| BAC HOME LOANS SERVICING, INC. | |
| Defendants. | |

STIPULATION RE: COMPLAINT FOR DECLARATORY JUDGMENT

1  Todd J. Cleary SBN 144358
   LAW OFFICES OF TODD J. CLEARY
   10720 McCune Avenue
2  Los Angeles, CA 90034
   Telephone # (310)-559-8118
3  Facsimile # (310)-559-0345

4  Attorney for Debtors,
   RUBEN MANDUJANO
5  MARIA G. VILLALPANO-GUTIERREZ

6

7              UNITED STATES BANKRUPTCY COURT

8      FOR THE CENTRAL DISTRICT OF CALIFORNIA/LOS ANGELES DIVISION

9

| In Re: | Case No. 09-35283 VZ |
| --- | --- |
|  | Adversary No. 09-02675 VZ |
| RUBEN MANDUJANO, | |
| MARIA G. VILALPANDO- | Chapter 13 |
| GUTIERREZ, | |
|  | STIPULATION RE: COMPLAINT |
|  | FOR DECLARATORY JUDGMENT |
| Debtors. | |
| RUBEN MANDUJANO | |
| MARIA G. VILLALPANDO-GUTIERREZ | |
| Debtors. | |
| vs. | |
| BAC HOME LOANS SERVICING, INC. | |
| Defendants. | |

THIS STIPULATION is entered into by and between RUBEN MANDUJANO and MARIA G. VILLALPANO-GUTIERREZ, Plaintiffs (hereinafter referred to as "Debtors"), by and through their Attorney of Record, TODD J. CLEARY and Defendants BAC HOME LOANS SERVICING, INC., by and through its Attorney of Record, POLK, PROBER & RAPHAEL, a law corporation.

-1-

## RECITALS

Debtors, RUBEN MANDUJANO and MARIA G. VILLALPANDO-GUTIERREZ are the maker of a Note in favor of Creditor, BAC HOME LOANS SERVICING, INC. dated September, 2006 in the original principal amount of $ 96,000.00 ("Note"), which is secured by a Deed of Trust encumbering the real property at 14445 Dalwood Avenue, Norwalk, California 90650-4777 legally described as Tract Number 14066 LOT 41 as recorded at the Registrar/County Recorder for the County of Los Angeles. The Note and Second Deed of Trust are collectively referred to hereinafter as the "Subject Loan".

A. On September 18, 2009 Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California and was assigned the Case # 09-35283 VZ.

B. On or about November 22, 2009 Debtor filed an Adversary Complaint against Creditor praying that the Court find Creditor's Deed of Trust encumbering the Subject Property be avoided and that its claim be paid as an unsecured debt.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim and shall be paid as such in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtor's receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, the Judgment may be recorded by the Debtor's with the Los Angeles County Recorder's Office;

4. Creditor shall retain its lien for the full amount due under the Subject Loan should the Subject Property be sold or should a refinance take place prior to Plan completion and entry of a Discharge;

5. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtor's Chapter

13 case to any other Chapter under the United States Bankruptcy Code;

6. In the event that any entity, including the holder of the first lien on the Subject Property, forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

7. Each party shall bear their own attorneys' fees and costs incurred in the present Adversary case number 09-02675 VZ.

Executed this ____ day of December, 2009 at Los Angeles, California.

IT IS SO STIPULATED:

By:

LAW OFFICES OF TODD J. CLEARY         POLK, PROBER & RAPHAEL, a law corp.

_____              _____
By: Todd J. Cleary, Attorney for       Polk, Prober & Raphael, Attorneys for
Plaintiffs/Debtors                     Defendants/Creditors

-3-

| In re:<br>RUBEN MANDUJANO<br>MARIA G. VILLALPANDO-GUTIERREZ<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER 09-35283 VZ<br>ADVERSARY NUMBER 09-02675 VZ |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10720 MCCUNE AVENUE, LOS ANGELES, CALIFORNIA 90034**

A true and correct copy of the foregoing document described **STIPULATION RE: COMPLAINT FOR DECLARATORY JUDGMENT;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below: **A COURTESY COPY WILL BE DELIVERED PERSONALLY TO JUDGE VINCENT P. ZURZOLA BY FIRST LEGAL ATTORNEY SERVICE;**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **APRIL 15, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy Curry, Chapter 13 Trustee at ecfnc@trustee13.com

United States Trustee (LA) at ustpregion16.la.ecf@usdoj.gov

Cassandra J. Richey at Polk, Prober & Raphael, ALC at cmartin@pprlaw.net

Todd J. Cleary, Attorney for Debtor at cleary1@pacbell.net

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **APRIL 15, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re: | | CHAPTER 13 |
|---|---|---|
| RUBEN MANDUJANO<br>MARIA G. VILLALPANDO-GUTIERREZ | Debtor(s). | CASE NUMBER 09-35283 VZ<br>ADVERSARY NUMBER 09-02675 VZ |

| APRIL 15, 2010 | Joanne V. Slater | _[signature]_ |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1